The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBIN HALL,

    Plaintiff,

v.

FOSS MARITIME COMPANY, LLC,

    Defendant.

No. 2:24-cv-00606-JNW

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE

THIS MATTER, having come before the Court on the Parties' Stipulated Motion to Continue Trial Date, and the Court having considered the Parties' stipulation and the documents in the Court record,

IT IS HEREBY ORDERED that the Parties' Stipulated Motion to Continue Trial Date is GRANTED.  The Court finds good cause to continue the trial date and reset the case schedule deadlines as follows:

| Case Event | Current Deadline (Dkt. # 15) | Proposed Deadline |
|---|---|---|
| Deadline for filing amended pleadings | January 13, 2025 | **March 24, 2024** |

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 1
(No. 2:24-cv-00606-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | January 13, 2025 | **March 24, 2024** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | Within 30 days after the other party's expert disclosure | **Within 30 days after the other party's expert disclosure** |
| Deadline to file all motions related to discovery (*see* LCR 7(d)) | February 12, 2025 | **April 23, 2025** |
| Deadline to complete discovery | March 14, 2025 | **May 23, 2025** |
| Deadline to file all dispositive motions and motions challenging expert witness testimony (*see* LCR 7(d)) | April 14, 2025 | **June 23, 2025** |
| Deadline to hold settlement conference under LCR 39.1(c)(2) | June 12, 2025 | **August 21, 2025** |
| Deadline to file motions *in limine* (*see* LCR 7(d)) | July 2, 2025 | **September 10, 2025** |
| Deadline to submit deposition designations to the court (*see* LCR 32(e)) | July 21, 2025 | **September 29, 2025** |
| Deadline to file agreed pretrial order with the Court | July 21, 2025 | **September 29, 2025** |
| Deadline to file trial briefs, proposed voir dire questions, and proposed jury instructions | July 28, 2025 | **October 6, 2025** |
| Pretrial conference | August 4, 2025 | **October 13, 2025** |
| **JURY TRIAL** | August 11, 2025 | **October 20, 2025** |

DATED this 14th day of November 2024.

_____
THE HONORABLE JAMAL N. WHITEHEAD

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 2
(No. 2:24-cv-00606-JNW)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  *Presented by:*

2  CORR CRONIN LLP

3

4  *s/ Steven W. Fogg*
   Steven W. Fogg, WSBA No. 23528
   Brittany A. Madderra, WSBA No. 48514
5  1015 Second Avenue, Floor 10
   Seattle, Washington 98104-1001
6  Tel: (206) 625-8600
   sfogg@corrcronin.com
7  bmadderra@corrcronin.com

8
   PEACOCK PIPER TONG & VOSS LLP
9
   *s/Albert Edward Peacock III*
10 Albert Edward Peacock III, WSBA No. 49555
   100 W Broadway Ste 610
11 Long Beach, CA 90802-4464
   Tel: (562) 320-8880
12 apeacock@peacockpiper.com

13 *Attorneys for Defendant Foss Maritime Company, LLC*

14 LATTI & ANDERSON LLP

15 *s/Mallory E. Haeflich, signed with permission*
   Mallory E. Haeflich, *Admitted pro hac vice*
16 Carolyn M. Latti, *Admitted pro hac vice*
   Latti & Anderson LLP
17 30-31 Union Wharf
   Boston, MA 02109
18 Tel: (617) 523-1000
   clatti@lattianderson.com
19 mhaeflich@lattianderson.com

20 *Attorneys for Plaintiff Robin Hall*

21 STACEY & JACOBSEN, PLLC

22 *s/Nigel T. Stacey, signed with permission*
   Nigel T. Stacey, WSBA #55458
23 Joseph S. Stacey, WSBA #12840
   James P. Jacobsen, WSBA #16331
24 4039 21st Avenue W, Suite 401
   Seattle, WA 98199
25 Tel: 206.282.3100

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 3
(No. 2:24-cv-00606-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

nstacey@maritimelawyer.us
jstacey@maritimelawyer.us
jjacobsen@maritimelawyer.us

*LCR 83.1 Local Counsel for Plaintiff*

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 4
(No. 2:24-cv-00606-JNW)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900