THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBIN HALL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY, LLC,<br><br>　　　　　Defendant. | No. 2:24-cv-00606-JNW<br><br>STIPULATED MOTION TO DISMISS |

Plaintiff Robin Hall and Defendant Foss Maritime Company, LLC agree to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs, attorney's fees, and expenses.

DATED May 27, 2025.

CORR CRONIN LLP

*s/Brittany A. Madderra*
Steven W. Fogg, WSBA No. 23528
Brittany A. Madderra, WSBA No. 48514
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel: (206) 625-8600
sfogg@corrcronin.com
bmadderra@corrcronin.com

STIPULATED MOTION TO DISMISS - 1
(No. 2:24-cv-00606-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

PEACOCK PIPER TONG & VOSS LLP

*s/ Albert Edward Peacock, III (by email permission)*
Albert Edward Peacock III, WSBA No. 49555
100 W Broadway Ste 610
Long Beach, CA 90802-4464
Tel: (562) 320-8880
apeacock@peacockpiper.com

*Attorneys for Defendant Foss Maritime Company, LLC*


LATTI & ASSOCIATES LLC

*s/Mallory E. Haeflich (by email permission)*
Carolyn M. Latti
Mallory E. Haeflich
Latti Associates LLC
30-31 Union Wharf
Boston, MA 02109
Tel: (617) 523-1000
clatti@lattiassociates.com
mhaeflich@lattiassociates.com

STACEY & JACOBSEN, PLLC

Nigel T. Stacey, WSBA #55458
Joseph S. Stacey, WSBA #12840
James P. Jacobsen, WSBA #16331
4039 21st Avenue W, Suite 401
Seattle, WA 98199
Tel: 206.282.3100
nstacey@maritimelawyer.us
jstacey@maritimelawyer.us
jjacobsen@maritimelawyer.us

*Attorneys for Plaintiff Robin Hall*

STIPULATED MOTION TO DISMISS - 2
(No. 2:24-cv-00606-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN HALL,<br><br>        Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY, LLC,<br><br>        Defendant. | No. 2:24-cv-00606-JNW<br><br>ORDER OF DISMISSAL |

Before this Court the Parties' Stipulated Motion to Dismiss filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which provides that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant Stipulated Motion to Dismiss is signed by all parties who have appeared, and seeks dismissal with prejudice, and without an award of fees or costs.

Accordingly, IT IS HEREBY ORDERED:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties' stipulation, all claims against Defendants are DISMISSED WITH PREJUDICE, without an award of fees or costs.

2. All pending dates, hearings, and deadlines, if any, are STRICKEN.

3. All pending motions, including Defendants' Motion to Dismiss, are STRICKEN as moot.

ORDER OF DISMISSAL - 1 (No. 2:24-cv-00606-JNW)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  IT IS SO ORDERED.

2  DATED this 30th day of May, 2025.

3
4  _____
   THE HONORABLE JAMAL N. WHITEHEAD
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER OF DISMISSAL - 2 (No. 2:24-cv-00606-JNW)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1 | *Presented by:*

2 | CORR CRONIN LLP

3 | <u>s/Brittany A. Madderra</u>
Steven W. Fogg, WSBA No. 23528
4 | Brittany A. Madderra, WSBA No. 48514
1015 Second Avenue, Floor 10
5 | Seattle, Washington 98104-1001
Tel: (206) 625-8600
6 | sfogg@corrcronin.com
bmadderra@corrcronin.com
7 |
8 | PEACOCK PIPER TONG & VOSS LLP

9 | <u>s/ Albert Edward Peacock III (by email permission)</u>
Albert Edward Peacock III, WSBA No. 49555
10 | 100 W Broadway Ste 610
Long Beach, CA 90802-4464
11 | Tel: (562) 320-8880
apeacock@peacockpiper.com

12 | *Attorneys for Defendant Foss Maritime Company, LLC*

13 | LATTI & ASSOCIATES LLC

14 | <u>s/Mallory E. Haeflich (by email permission)</u>
Carolyn M. Latti
15 | Mallory E. Haeflich
Latti Associates LLC
16 | 30-31 Union Wharf
Boston, MA 02109
17 | Tel: (617) 523-1000
clatti@lattiassociates.com
18 | mhaeflich@lattiassociates.com

19 | STACEY & JACOBSEN, PLLC

20 | Nigel T. Stacey, WSBA #55458
Joseph S. Stacey, WSBA #12840
21 | James P. Jacobsen, WSBA #16331
4039 21st Avenue W, Suite 401
22 | Seattle, WA 98199
Tel: 206.282.3100
23 | nstacey@maritimelawyer.us
jstacey@maritimelawyer.us
24 | jjacobsen@maritimelawyer.us

25 | *Attorneys for Plaintiff Robin Hall*

ORDER OF DISMISSAL - 3 (No. 2:24-cv-00606-JNW)